UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Mary J. Houston,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11CV01186 SNLJ |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 6, 2011 and assigned to the Honorable Stephen N. Limbaugh, Jr. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:11cv00050 ERW.

Case No. 4:11cv01186 SNLJ is hereby administratively closed.

Dated this 7th day of July, 2011.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:11cv00050 ERW** in all future matters concerning this case.